IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL DISIPIO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, )<br>LLC, EQUIFAX, INC., SEARS, AMERICAN )<br>EXPRESS, and CITIMORTGAGE, INC. )<br>)<br>Defendants. )<br>) | Civil Action No.  02CV2666 |

**JOINT MOTION FOR CONTINUANCE**

NOW COME defendants Equifax Information Services, L.L.C. ("EIS") and Equifax Inc., (collectively referred to herein as "defendants" and/or "Equifax")and the Plaintiff, (all other parties to the action have settled), and move the Court to amend the Scheduling Order, showing good cause as follows:

1. The discovery period in this case is presently scheduled to end on December 26, 2002 and motions for summary judgment are due promptly thereafter.[1]

2. The parties have been delayed in discovery because of an illness of Mr. Perling, Equifax's lead counsel.  Mr. Perling, was hospitalized during the late summer and diagnosed with Transverse Myelitis.[2]  Mr. Perling's doctors did not clear him to travel until the end of November.  The parties' schedules recently have prevented the

---

[1] The parties prepared this motion prior to the Christmas Holiday, but due to vacation and scheduling, were unable to file it earlier.

[2] A rare and disabling infection of the spinal cord resulting in loss of sensation from chest down for a period of three to four months.

400198-1            1

taking of depositions due to conflicts. The parties will schedule same at the earliest possible time.

3. Once discovery is completed, the parties would like the opportunity to schedule a settlement conference with the Magistrate Judge and/or participate in mediation. The parties wish to avoid the time and expense involved in preparing motions and preparing for trial if the case can be resolved in a settlement conference.

4. The parties request that the pending deadlines be extended as follows: All discovery of any kind shall be commenced in time to be completed by **February 15, 2003**. All dispositive motions shall be served and filed by **March 3, 2003**. Trial to commence on or after **March 17, 2003**.

5. The parties stipulate that this Joint Motion be executed via facsimile on multiple signature pages.

Respectfully submitted, this 30th day of December, 2002.

           EQUIFAX INFORMATION SERVICES
           LLC and EQUIFAX INC.


           By: _____
               One of their Attorneys

           James W. Christie, Esq.
           Catherine Olanich Raymond, Esq.
           Christie, Pabarue, Mortensen and Young
            A Professional Corporation
           1880 JFK Boulevard - 10th Floor
           Philadelphia, PA 19103
           (215) 587-1600

Joined by:

_____
James A. Francis, Esq.
Mark D. Mailman, Esq.
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing Motion for Continuance by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

James A. Francis, Esq.
Mark D. Mailman, Esq.
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

Dated: December 30, 2002.

_____
CATHERINE OLANICH RAYMOND.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL DISIPIO, )<br>)<br>           Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, )<br>LLC, EQUIFAX, INC., SEARS, AMERICAN )<br>EXPRESS, and CITIMORTGAGE, INC. )<br>)<br>           Defendants. )<br>) | Civil Action No.  02CV2666 |

### ORDER

For good cause shown, IT IS HEREBY ORDERED that the Joint Motion for Continuance is hereby granted and that:  all discovery of any kind to be commenced in time to be completed by **January 31, 2003** ; all dispositive motions to be due by **February 24, 2003**;  trial to commence on or after **March 3, 2003**.

_____
Judge, United States District Court

DATED: _____, 2003.

400198-1                                                 5