IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL DISIPIO** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **EQUIFAX INFORMATION SERVICES,** | : | |
| **LLC, AND EQUIFAX, INC.** | : | NO. 02-2622 |

**O R D E R**

**AND NOW,** this         day of January, 2003, upon consideration of the parties' Joint Motion for a Continuance (Doc. #14), **IT IS HEREBY ORDERED** that said Motion is **GRANTED** in that the discovery deadline is extended to February 15, 2003, this case will be moved to the trial pool of March 31, 2003, and all other deadlines in the scheduling order are extended accordingly.

**BY THE COURT:**

_____
**JAY C. WALDMAN, J.**