IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL DISIPIO** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **EQUIFAX INFORMATION SERVICES,** | : | |
| **LLC, EQUIFAX, INC., SEARS,** | : | |
| **AMERICAN EXPRESS and** | : | |
| **CITIMORTGAGE, INC.** | : | NO. 02-2666 |

**O R D E R**

**AND NOW**, this          day of January, 2003, upon consideration of the Motion of defendants Equifax Inc. and Equifax Information Services for Admission of Lewis P. Perling, Esq. *Pro Hac Vice* (Doc. #16), **IT IS HEREBY ORDERED** that said Motion is **GRANTED** in that Lewis P. Perling, Esq. is admitted *pro hac vice* for the purposes of litigating this action upon his payment to the Clerk of the required fee and on the assumption that James W. Christie, Esq. and Ms. Olanich Raymond, Esq., who are members of the bar of this court, will serve as associate counsel consistent with Local Rule of Civil Procedure 83.5.2.

              **BY THE COURT:**


              _____
              **JAY C. WALDMAN, J.**