UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL DISIPIO**        )<br>                                                  )<br>        **Plaintiff,**               )<br>                                                  )<br>    vs.                                         )<br>                                                  )<br>**EQUIFAX INFORMATION SERVICES, LLC**  )<br>        and                                   )<br>**EQUIFAX, INC.**                      )<br>        and                                   )<br>**SEARS**                                )<br>        and                                   )<br>**AMERICAN EXPRESS**            )<br>        and                                   )<br>**CITIMORTGAGE, INC.**           )<br>                                                  )<br>        **Defendants.**             )<br>                                                  ) | Civil Action No. 02-CV-2622 |

**PRAECIPE TO MARK CASE SETTLED, DISCONTINUED AND ENDED**

TO THE CLERK OF COURT:

   Please mark the above matter settled, discontinued and ended with prejudice.

                                    **FRANCIS & MAILMAN, P.C.**


                                    BY:_____
                                        JAMES A. FRANCIS, ESQUIRE
                                        MARK D. MAILMAN, ESQUIRE
                                        Attorneys for Plaintiff
                                        Land Title Building, 19th Floor
                                        100 South Broad Street
                                        Philadelphia, PA 19110
                                        (215) 735-8600

Dated: March 19, 2003