IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL DISIPIO** | : | **CIVIL ACTION** |
| | : | **02-2622** |
| V. | : | |
| **EQUIFAX INFORMATION SERVICES,** | : | |
| **LLC, EQUIFAX INC.** | : | |

O R D E R

**AND NOW, TO WIT:** This 31ST day of March, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ,** Clerk of Court

BY:_____
Carole Conroy
Deputy Clerk

Civ 2 (8/2000)
41(b).frm